USCA1 Opinion

 

 December 8, 1993 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ___________________ No. 93-1841 THOMAS V. DUFIELD, Petitioner, Appellant, v. WARDEN NEW HAMPSHIRE STATE PRISON, Respondent, Appellee. __________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE [Hon. Martin F. Loughlin, U.S. District Judge] ___________________ ___________________ Before Breyer, Chief Judge, ___________ Torruella and Selya, Circuit Judges. ______________ ___________________ Jeffrey R. Howard, Attorney General, and Mark D. Attorri, __________________ ________________ Assistant Attorney General, on brief for appellee. __________________ __________________ Per Curiam. We have reviewed the record on appeal ___________ and affirm the judgment of the district court essentially for the reasons stated in the order, dated July 7, 1993. Affirmed. _________ -2-